UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 10-CV-3156 ) |
| 2005 DODGE RAM 3500 LARAMIE TRUCK, | ) ) ) |
| Defendant. | ) ) |

BEFORE U.S. MAGISTRATE JUDGE BYRON G. CUDMORE:

## REPORT AND RECOMMENDATION

An Amended Motion for Default Judgment (d/e 11) was filed January 24, 2011. A review of the record herein reveals that a Forfeiture Complaint In Rem was filed on July 1, 2010 (d/e 1) against 2005 Dodge Ram 3500 Laramie Truck, VIN #3D3LS38C05G703969. On July 6, 2010, a Notice of Civil Forfeiture Action to Claimant was served via certified mail on Enrique Salas Chavez through his attorney, Ronald Yengich (d/e 2). On October 19, 2010, Government filed a Declaration of Publication (d/e 7) confirming that Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on July 7, 2010. The court file reflects no claims filed. Default was entered against the Defendant property, Enrique Chavez, and all other known and unknown potential claimants on October 25, 2010 (d/e 9).

The Amended Motion for Default Judgment (d/e 11) was scheduled for hearing before the undersigned on February 17, 2011, at 2:00 p.m. Notice of Hearing was sent via U.S. Mail to Enrique Chavez c/o Attorney Ronald Yengich on January 25, 2011. Enrique Chavez has not responded to the Amended Motion and did not appear at the hearing.

The Court has reviewed the Amended Motion for Default Judgment (d/e 11), the supporting affidavit and Government's Exhibits 1-3 offered and accepted February 17, 2011, the file herein, and now RECOMMENDS pursuant to authority conferred under 28 U.S.C. § 636(b)(1)(B) that the Amended Motion for Default Judgment (d/e 11) be allowed and a Final Order consistent with Government's Exhibit 3 offered and accepted February 17, 2011, be entered herein.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within fourteen days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986). See Local Rule 72.2.

ENTER: February 17, 2011

_____s/ Byron G. Cudmore_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE