E-FILED
Wednesday, 09 March, 2011 10:17:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10-3156 |
| | ) |
| 2005 DODGE RAM 3500 LARAMIE | ) |
| TRUCK VIN #3D3LS38C05G703969, | ) |
| | ) |
| Defendant. | ) |

## ORDER

A Report and Recommendation was entered by U.S. Magistrate Judge Byron G. Cudmore in the above cause on February 17, 2011. See d/e 12. More than fourteen (14) days have passed since entry of the Report and Recommendation and there have been no objections. See 28 U.S.C. § 636(b)(1). Thus, the Court accepts the Report and Recommendation. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 12) is ACCEPTED by this Court;

(2) The Amended Motion for Default Judgment (d/e 11) is

1

ALLOWED;

(3) "Exhibit 3" of Plaintiff's Amended Motion for Default Judgment of Foreclosure is ENTERED as part of this Order.

This case is TERMINATED.

ENTERED this 9th day of March, 2011

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE